UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TRAVIS L. PLOMAN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant/Counterclaim Plaintiff,

vs.

TRAVIS L. PLOMAN, ESTATE OF JENNIFER R. PLOMAN, and
ESTATE OF E.P.,

    Counterclaim Defendants.

File No.: 10 CV 186

---

### ORDER FOR DISTRIBUTION OF FUNDS DEPOSITED WITH THE COURT BY HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

This matter came before the Court on a stipulation for distribution of funds deposited with the court by Hartford Life and Accident Insurance Company. NOW, THEREFORE, based upon the proceedings herein, IT IS HEREBY ORDERED that:

1. Within 10 days of the Court's order, the clerk of court shall issue a check payable to Meeker Law Office Trust Account in the amount of $57,847.15 and mail said check to 522 Springdale Street, Mt. Horeb, WI 53572.

2. Upon mailing of the check described in the preceding paragraph, this matter shall be dismissed with prejudice without costs to any party.

Dated: June 4, 2010

Barbara B. Crabb
United States District Court Judge