UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TRAVIS L. PLOMAN,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant/Counterclaim Plaintiff,

vs.

TRAVIS L. PLOMAN, ESTATE OF JENNIFER R. PLOMAN, and ESTATE OF E.P.,

    Counterclaim Defendants.

File No.: 10 CV 186

---

**ORDER FOR DISTRIBUTION OF FUNDS DEPOSITED WITH THE COURT BY HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

---

This matter came before the Court on a stipulation for distribution of funds deposited with the court by Hartford Life and Accident Insurance Company. NOW, THEREFORE, based upon the proceedings herein, IT IS HEREBY ORDERED that:

1. Within 10 days of the Court's order, the clerk of court shall issue a check payable to Meeker Law Office Trust Account in the amount of $57,847.15 and mail said check to ▮ ▮ Mt. Horeb, WI 53572.

2. Upon mailing of the check described in the preceding paragraph, this matter shall be dismissed with prejudice without costs to any party.

Dated: June 4, 2010

Barbara B. Crabb
United States District Court Judge